JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD ALAN CRUTCHER, <br> Petitioner, <br> vs. <br> JOEL MARTINEZ, Warden, <br> Respondent. | Case No. CV 16-06816-JAK (DTB) <br><br> **J U D G M E N T** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: April 17, 2017

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

1